**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MIGUEL RIVERA

                Plaintiff,                                22-CV-3543 (KMK)

    -against-

CITY OF MOUNT VERNON,
CITY OF MOUNT VERNON POLICE DEPARTMENT,
POLICE OFFICER JOHN DOE,

                Defendants.
------------------------------------------------------------------------X

## NOTICE OF MOTION

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian Valdivia, Esq., dated October 7, 2022, and the exhibits annexed thereto, the accompanying memorandum of law, dated October 7, 2022, and upon all the pleadings and proceedings had herein, Plaintiff Miguel Rivera ("Plaintiff") will move this Court before the Hon. Kenneth M. Karas, for an Order, pursuant to 28 U.S.C. § 1447(c), remanding this action to the Supreme Court of the State of New York, County of Westchester, and granting such other and further relief as the Court deems just and proper.

Dated:  Nassau, New York
          October 7, 2022

*This motion is denied without prejudice for failure to comply with the Court's Individual Rules of Practice II.A. Plaintiff is directed to file a pre-motion letter to the docket seeking leave to file the motion to remand. Defendants must respond within 7 days of Plaintiff's letter being filed on the docket.*

*SO ORDERED.*

BRIAN VALDIVIA, ESQ.
VALDIVIA LAW OFFICE, PLLC
Attorneys for Plaintiff Miguel Rivera
111 South Street, Suite 224
Oyster Bay, NY 11771
516-820-1212
Bvaldivia@valdivialawoffice.com

10/11/2022

TO:

Quinn Law Firm PLLC
Attorneys for Defendant City of Mt. Vernon
399 Knollwood Road, Suite 220
White Plains, New York 10603
(914) 977-0555
Lloomba@quinnlawny.com

**CERTIFICATE OF SERVICE**

    I hereby certify that, on October 7, 2022, a true and correct copy of the foregoing was served on the counsel of record for Defendants through the Court's CM/ECF system.

_____
Brian Valdivia